Morris BARBOUR, Plaintiff–Appellant,

v.

Hellen RAY; Doctor Shudell; Doctor
Smith; Doctor Ford; Captain Peele;
R.C. Lee, Warden, Defendants–Appel-
lees.

No. 01–6404.

United States Court of Appeals,
Fourth Circuit.

Submitted May 22, 2001.

Decided June 12, 2001.

Morris Barbour, pro se.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Morris Barbour appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal fails to state a claim on which relief may be granted. Accordingly, we dismiss the appeal on the reason-

ing of the district court. *See Barbour v. Ray,* No. CA–01–79–5–BR (E.D.N.C. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*